**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of New Jersey
(State)

Case number (*If known*): 26- Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**
   HouseCanary R&D, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   HouseCanary R&D, Inc.

3. **Debtor's federal Employer Identification Number** (EIN)
   46-2812124

4. **Debtor's address**

**Principal place of business**

535 Mission Street
Number Street

14th Floor

San Francisco, CA 94105
City State ZIP Code

San Francisco County
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

5. **Debtor's website** (URL)
   www.housecanary.com

Debtor HouseCanary R&D, LLC
Name

Case number (*if known*) 26-

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ______________________

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 4 1 5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
District ______ When ______ (MM / DD / YYYY) Case number ______

Debtor HouseCanary R&D, LLC
Name

Case number (if known) 26-

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor See Ride r 1, attached Relationship Affiliate
  District New Jersey When 09/22/2026 MM / DD / YYYY
  Case number, if known ______

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ______
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ______

**Where is the property?** ______
Number Street

______

______ ______ ______
City State ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ______
  Contact name ______
  Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor HouseCanary R&D, LLC
Name

Case number (if known) 26-

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/22/2026
MM / DD / YYYY

✘ */s/ Christopher Rediger*
Signature of authorized representative of debtor

Christopher Rediger
Printed name

Title Authorized Individual

**18. Signature of attorney**

✘ */s/ Lauren Macksoud*
Signature of attorney for debtor

Date 09/22/2026
MM / DD / YYYY

Lauren Macksoud
Printed name

Dentons US LLP
Firm name

101 JFK Parkway
Number Street

Short Hills
City

NJ
State

07078
ZIP Code

(973) 912-7100
Contact phone

lauren.macksoud@dentons.com
Email address

016672003
Bar number

NJ
State

| **Fill in this information to identify the case:** |
| --- |
| United States Bankruptcy Court for the:<br><br>**District of New Jersey**<br>(State) |
| Case number *(if known):*<br>Chapter 11 |

☐ Check if this is an amended filing

## Rider 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (collectively, the "Debtors"), filed a petition in the United States Bankruptcy Court for the District of New Jersey for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of House Canary New Jersey, Inc.

| DEBTOR NAME | | EIN Number |
| --- | --- | --- |
| 1. | House Canary New Jersey, Inc. | 42-5163712 |
| 2. | HouseCanary, Inc. | 47-2312307 |
| 3. | ComeHome, Inc. | 86-2650328 |
| 4. | HouseCanary R&D, LLC | 46-2812124 |
| 5. | HouseCanary (CT), Inc. | 84-3751814 |
| 6. | HouseCanary Certified Analytics, Inc. | 82-5338523 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HouseCanary R&D, LLC[1]<br><br>Debtor. | Chapter 11<br><br>Case No. ________<br><br>(Joint Administration Requested) |

## LIST OF EQUITY HOLDERS[2]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of holders of equity securities of the above-captioned debtor.

| Name | Address | Type of Security Held | Percentage of Issued and Outstanding Shares |
|---|---|---|---|
| HouseCanary, Inc. | 535 Mission Street<br>14th Floor<br>San Francisco, CA 94105 | Common | 100% |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) House Canary New Jersey, Inc. [3712], (ii) HouseCanary, Inc. [2307], (iii) HouseCanary (CT), Inc. [1814], (iv) ComeHome, Inc. [0328], (v) HC Certified Analytics, Inc. [8523], and (vi) HouseCanary R&D, LLC [2124]. The Debtors' mailing address is 535 Mission Street, 14th Floor, San Francisco, CA 94105.

[2] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HouseCanary R&D, LLC[1]<br><br>Debtor. | Chapter 11<br><br>Case No. ________<br><br>(Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Corporation | Percentage of Shares Held |
|---|---|
| HouseCanary, Inc.<br>535 Mission Street<br>14th Floor<br>San Francisco, CA 94105 | 100% |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) House Canary New Jersey, Inc. [3712], (ii) HouseCanary, Inc. [2307], (iii) HouseCanary (CT), Inc. [1814], (iv) ComeHome, Inc. [0328], (v) HC Certified Analytics, Inc. [8523], and (vi) HouseCanary R&D, LLC [2124]. The Debtors' mailing address is 535 Mission Street, 14th Floor, San Francisco, CA 94105.

**Fill in this information to identify the case:**

Debtor name House Canary New Jersey, Inc.

United States Bankruptcy Court for the: ____________________ District of New Jersey
(State)

Case number (If known): 26-

☐ Check if this is an amended filing

# *Official Form 204*

## *Chapter 11 or Chapter 9 Cases: List of Consolidated Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders*

***12/15***

**A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1. | Marbruck Investments Limited<br>137–153 Crown Street<br>Darlinghurst, NSW 2010<br>Australia | Telephone: + 61 2 8305 5100<br>Email: susan.kan@tmf-group.com | Convertible Notes | | | | $6,601,369.86 |
| 2. | Sweetwater Private Equity III L.P.<br>662 Encinitas Blvd<br>Suite 250<br>Encinitas, CA 92024 | Telephone: (760) -652-6353<br>Email: brent@sweetwaterpe.com | Convertible Notes | | | | $6,560,273.97 |
| 3. | Alpaca VC SPV #3 LLC<br>500 5th Avenue<br>46th Floor<br>New York, NY 10110 | Telephone: (860) 501-0289<br>Email: daniel@alpaca.vc | Convertible Notes | | | | $4,688,328.77 |
| 4. | Morpheus Ventures I-A, L.P.<br>5260 Ventura Boulevard<br>20th Floor<br>Sherman Oaks, CA 91403 | Telephone (818) 444-4400<br>Email: joe@morpheus.com | Convertible Notes | | | | $2,310,479.45 |
| 5. | Alpaca Built World Fund I LP<br>500 5th Avenue<br>46th Floor<br>New York, NY 10110 | Telephone: (860) 501-0289<br>Email: daniel@alpaca.vc | Convertible Notes | | | | $1,859.616.44 |
| 6. | Alpha Edison Select, L.P.<br>1025 Westwood Boulevard<br>2nd Floor,<br>Los Angeles, CA 90024 | Telephone: (323) 579-2050<br>Email: nate@alphaedison.com | Convertible Notes | | | | $990,205.48 |

Debtor: House Canary New Jersey, Inc. Case number (*if known*) 26-
Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7. | Canary Amitya Angle LLC<br>3736 Terrace View Dr<br>Encino, CA 91436 | Telephone:<br>Email: amitdjain@gmail.com | Convertible Notes | | | | $636,575.34 |
| 8. | HouseCan Investors, L.L.C<br>444 West Lake Street<br>Suite 3500<br>Chicago, IL 60606 | Telephone:<br>Email: moleshansky@pspcapital.com | Convertible Notes | | | | $660,136.99 |
| 9. | Newberg Family Trust UTA DTD 12-18-90<br>11601 Wilshire Blvd<br>Suite 1925<br>Los Angeles, CA 90025 | Telephone:<br>Email: bruce@newbergfamily.net | Convertible Notes | | | | $660,136.99 |
| 10. | Wasserstein Family Trust LLC<br>1301 Avenue of the Americas<br>41st Floor<br>New York, NY 10019 | Telephone:<br>Email: am@wasserco.com | Convertible Notes | | | | $660,136.99 |
| 11. | Black Knight Technologies, LLC<br>601 Riverside Ave<br>Jacksonville, FL 32204 | Telephone: (904) 854-5100<br>Email: DNABilling@ice.com | Trade | | | | $276,958.32 |
| 12. | Amazon Web Services, Inc. (AWS)<br>PO Box 84023<br>Seattle, WA 98124-8423 | Telephone:<br>Email: aws-globalreceivables@email.amazon.com<br>invoicing@aws.com | Trade | | | | $239,455.82 |
| 13. | RimRock Venture Partners LLC<br>100 Innovation Drive<br>Suite 200<br>Irvine, CA 92617 | Telephone: (949) 381-7800<br>Email: aldo@rimrockvpartners.com | Convertible Notes | | | | $130,794.52 |
| 14. | Singer Family Trust<br>17017 Livorno Drive<br>Pacific Palisades, CA 90272 | Telephone:<br>Email: jsinger@vicasalimited.com | Convertible Notes | | | | $127,315.07 |
| 15. | Wells Fargo Bank, N.A.<br>550 S. 4th Street<br>Minneapolis, MN 55415 | Telephone:<br>Email: Michele.Bauer@wellsfargo.com | Customer Deposits | | | | $90,708.36 |
| 16. | Stubbs Alderton & Markiles, LLP<br>15260 Ventura Blvd<br>21st Fl<br>Sherman Oaks, CA 91403 | Telephone: (818) 444-4500<br>Email: rtejada@stubbsalderton.com<br>gakselrud@stubbsalderton.com | Legal Services | | | | $89,058.50 |
| 17. | Apoddo LLP<br>26 Lydney Road, Locks Heath, Southampton, Hampshire UK S031 6PY | Telephone:<br>Email: finance@apoddo.com<br>ivanv@apoddo.com | Trade | | | | $81,682.00 |
| 18. | Holthouse, Carlin & Van Trigt<br>18565 Jamboree Road<br>Suite 400<br>Irvine, CA 92612 | Telephone: (562) 216-5539<br>Email: Robert.Wiegand@hcvt.com<br>Goran.Jovicic@hcvt.com | Accounting Services | | | | $75,000.00 |
| 19. | Cigna<br>900 Cottage Grove Road<br>Bloomfield, CT 06002 | Telephone: (770) 779-5439<br>Email:<br>shannon.white@cignahealthcare.com | Health Plan | | | | $64,133.90 |
| 20. | Exactius LLC370<br>Jay Street<br>Fl 7<br>Brooklyn, NY 11201-3828 | Telephone: (959) 265-4080<br>Email: david@exacti.us | Trade | | | | $46,860.00 |
| 21. | Bradley Solutions LLC<br>691 Ann Street<br>Birmingham, MI 48009 | Telephone: (248) 877-3001<br>Email: uwmloans@gmail.com<br>jglass@uwmco.com | Trade | | | | $40,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22. | m3ter<br>19747 US-59 N<br>Suite 308<br>Humble, TX 77338 | Telephone:<br>Email: deborah@m3ter.com<br>finance@m3ter.com | Trade | | | | $37,555.00 |
| 23. | Google Ads<br>1600 Amphiteatre Parkway<br>Mountain View, CA 94043 | Telephone: (877) 503-0838<br>Email: ads-support@google.com | Trade | | | | $31,000.00 |
| 24. | Melissa Global Intelligence<br>22382 Avenida Empresa<br>Rancho<br>Santa Margarita, CA 92688 | Telephone: (800) 635-4772<br>Email: Dionne.Martin@melissa.com<br>accountsreceivable@melissa.com | Trade | | | | $22,952.88 |
| 25. | Siege Media<br>1920 E Riverside Dr<br>Ste A-120<br>Austin, TX 78741-1350 | Telephone: (512) 710-2510<br>Email: accounting@siegemedia.com<br>melissa@siegemedia.com | Trade | | | | $17,262.00 |
| 26. | Facebook Ads<br>1 Hacker Way<br>Menlo Park, CA 94025 | Telephone:<br>Email: | Trade | | | | $13,383.51 |
| 27. | BatchData<br>4625 South Wendler<br>Drive Tempe, AZ 85282 | Telephone: (347) 755-8890<br>Email: kathleen.far@batchservice.com<br>support@batchdata.com | Trade | | | | $13,383.33 |
| 28. | Kaiser Foundation Health Plan, Inc.<br>PO Box 629028<br>El Dorado Hills, CA 95762 | Telephone: (800) 731-4661<br>Email: csc-largeaccounts@kp.or | Health Plan | | | | $11,960.92 |
| 29. | National Association of REALTORS<br>500 New Jersey Ave NW<br>Washington, DC 20001 | Telephone: (800) 874-6500<br>Email: contactnar@nar.realtor | Trade | | | | $7,820.49 |
| 30. | Google Workspace<br>1600 Amphiteatre Parkway<br>Mountain View, CA 94043 | Telephone:<br>Email: | Trade | | | | $6,555.78 |

**Fill in this information to identify the case and this filing:**

Debtor Name HouseCanary R&D, LLC

United States Bankruptcy Court for the: ____________ District of New Jersey (State)

Case number (*If known*): 26-

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/22/2026
MM / DD / YYYY

✘ /s/ Christopher Rediger
Signature of individual signing on behalf of debtor

Christopher Rediger
Printed name

Authorized Individual
Position or relationship to debtor

# OMNIBUS WRITTEN CONSENT OF THE BOARDS OF DIRECTORS AND SOLE MEMBER, AS APPLICABLE, OF THE HOUSECANARY COMPANIES LISTED ON SCHEDULE I

September 22, 2026

The undersigned, constituting all of the members of the respective Boards of Directors (each, a "**Board**" and collectively, the "**Boards**") of the corporations identified on **Schedule I** attached hereto and HouseCanary, Inc., in its capacity as the sole member (the "**Sole Member**") of HouseCanary R&D, LLC, in each case as applicable (each such Board or Sole Member, as applicable, an "**Authorizing Body**" and collectively, the "**Authorizing Bodies**"), hereby adopt the following resolutions on behalf of each of the entities identified on **Schedule I** (each, a "**Company**" and collectively, the "**Companies**"), as applicable, as of the date stated above. The officers of each Company, including, without limitation, the Chief Executive Officer, the Chief Revenue Officer, the Chief Financial Officer, and such other officers as may be designated from time to time, are referred to herein individually as an "**Authorized Officer**" and collectively as the "**Authorized Officers**."

## A. Assumption of Convertible Note Obligations

**WHEREAS**, HouseCanary, Inc. entered into that certain *Note Purchase Agreement*, dated as of July 10, 2023 (as amended, supplemented or otherwise modified from time to time, the "**Note Purchase Agreement**"), pursuant to which HouseCanary, Inc. issued certain convertible promissory notes (collectively, the "**Convertible Notes**");

**WHEREAS**, the Authorizing Body of House Canary New Jersey, Inc. has determined, in the good faith exercise of its reasonable business judgment, that it is advisable and in the best interests of House Canary New Jersey, Inc. to assume the obligations of HouseCanary, Inc. under the Note Purchase Agreement and the Convertible Notes (collectively, the "**Note Obligations**");

**NOW, THEREFORE, BE IT RESOLVED**, that the Authorizing Body of House Canary New Jersey, Inc. hereby authorizes and approves the assumption by House Canary New Jersey, Inc. of the Note Obligations; and

**BE IT FURTHER RESOLVED**, that the Authorized Officers of House Canary New Jersey, Inc. are, and each of them hereby is, authorized and directed to execute and deliver any assumption agreement, joinder, or other document, and to take any other action deemed necessary or appropriate to effectuate the foregoing.

## B. Chapter 11 Filing Authorization

**WHEREAS**, the applicable Authorizing Body of each Company has considered the financial and operational aspects of such Company's business and the recommendations of the senior management of the Companies and the Companies' professionals and advisors;

**WHEREAS**, the applicable Authorizing Body of each Company has reviewed the historical performance of the Companies, the market for the Companies' products and services, and the current and long term liabilities of the Companies; and

**WHEREAS**, the applicable Authorizing Body of each Company has reviewed, considered, and received the recommendations of the senior management of the Companies and the Companies' professionals and advisors as to cases of the Companies under chapter 11 of title 11 of the United States Code, §§ 101 *et seq.* (the "**Bankruptcy Code**").

**NOW, THEREFORE, BE IT RESOLVED**, that the applicable Authorizing Body of each Company has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of such Company, and its creditors, stockholders or member, as applicable, employees, and other interested parties, for such Company to file a voluntary petition under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**") and to take any related actions necessary to file for and effectuate bankruptcy protection and to take other actions in its bankruptcy case;

**BE IT FURTHER RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized and directed, on behalf of and in the name of each applicable Company, to take all actions deemed necessary or appropriate to protect the assets of such Company and seek protection from creditors, including, without limitation, if they deem it appropriate, to execute and verify or certify a voluntary petition under chapter 11 of the Bankruptcy Code and to sign or authorize any and all other pleadings, petitions, motions, schedules, lists, applications, affidavits, declarations, instruments, documents, or actions appropriate and desirable, as determined by them in the exercise of their discretion, prior to and throughout the course of the bankruptcy cases and to take and perform any and all further acts and deeds, and pay such fees, that they deem necessary, proper, or desirable in connection therewith or in furtherance of any such petition or the Companies' cases under chapter 11 of the Bankruptcy Code; and

**BE IT FURTHER RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized and directed, on behalf of and in the name of each applicable Company, to seek joint administration of the Companies' chapter 11 cases and to take all actions deemed necessary or appropriate in connection therewith.

**C. <u>Retention of Advisors</u>**

**WHEREAS**, the applicable Authorizing Body of each Company has determined, in the good faith exercise of its reasonable business judgment, that it is desirable and in the best interests of such Company, and its creditors, stockholders or member, as applicable, employees, and other interested parties to employ the law firm of Dentons[1] as general bankruptcy counsel to the Companies to represent and assist the Companies in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Companies' rights, including filing and pleading;

1 As used herein, "Dentons" refers collectively to Dentons US LLP and Dentons Bingham Greenebaum LLP.

**WHEREAS**, the applicable Authorizing Body of each Company has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of such Company and its creditors, stockholders or member, as applicable, employees, and other interested parties to engage Getzler Henrich & Associates LLC ("**Getzler**") as financial advisor to the Companies in connection with the chapter 11 cases, subject to Bankruptcy Court approval;

**WHEREAS**, the applicable Authorizing Body of each Company has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of such Company and its creditors, stockholders or member, as applicable, employees, and other interested parties to engage Omni Agent Solutions, Inc. ("**Omni**") as claims and noticing agent to the Companies in connection with the chapter 11 cases, subject to Bankruptcy Court approval.

**NOW, THEREFORE, BE IT RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized and directed, on behalf of and in the name of each applicable Company, to engage Dentons as general bankruptcy counsel to the Companies in connection with the chapter 11 cases, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases, and cause to be filed an appropriate application for authority to retain the services of Dentons, subject to Bankruptcy Court approval;

**BE IT FURTHER RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized and directed, on behalf of and in the name of each applicable Company, to engage Getzler as financial advisor to the Companies in connection with the chapter 11 cases, subject to Bankruptcy Court approval;

**BE IT FURTHER RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized and directed, on behalf of and in the name of each applicable Company, to engage Omni as claims and noticing agent to the Companies in connection with the chapter 11 cases, subject to Bankruptcy Court approval; and

**BE IT FURTHER RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized and directed, on behalf of and in the name of each applicable Company, to employ such additional professionals as the Authorized Officers, in their reasonable discretion, deem necessary or appropriate in connection with the Companies' chapter 11 cases, to execute appropriate retention agreements, pay appropriate retainers, and seek Bankruptcy Court approval of such retentions to the extent required.

**D. DIP Financing and Use of Cash Collateral**

**WHEREAS**, the applicable Authorizing Body of each Company has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of such Company, and its creditors, stockholders or member, as applicable, employees, and other interested parties, for the Companies, if determined necessary or appropriate by the Authorized Officers, to obtain debtor-in-possession financing and to use cash collateral in the postpetition conduct of their businesses, in each case in accordance with any related orders of the Bankruptcy Court (collectively, the "**DIP Financing and Cash Collateral Transactions**").

**NOW, THEREFORE, BE IT RESOLVED**, that the DIP Financing and Cash Collateral Transactions are hereby authorized and approved in all respects, subject to Bankruptcy Court approval;

**BE IT FURTHER RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized and directed, on behalf of and in the name of each applicable Company, to negotiate, execute, deliver, and perform any credit agreements, notes, security agreements, pledge agreements, guaranties, certificates, instruments, and other agreements or documents necessary or appropriate in connection with any debtor-in-possession financing, including the incurrence of indebtedness and the granting of liens and superpriority administrative expense claims, in each case on such terms as the Authorized Officers may determine to be necessary or appropriate, subject to Bankruptcy Court approval; and

**BE IT FURTHER RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized and directed, on behalf of and in the name of each applicable Company, to do or cause to be done all such acts and things, and to take all actions deemed necessary or appropriate, to seek and obtain the Bankruptcy Court's approval of the DIP Financing and Cash Collateral Transactions and to implement the DIP Financing and Cash Collateral Transactions in accordance with any applicable orders of the Bankruptcy Court.

**E. Authorization of First Day Motions and Pleadings**

**WHEREAS**, the applicable Authorizing Body of each Company has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of such Company, and its creditors, stockholders or member, as applicable, employees, and other interested parties, to authorize the filing of certain motions and pleadings on or about the date of the filing of the chapter 11 petitions (the "**First Day Motions**"), which may include, without limitation, motions seeking authority to: (i) jointly administer the chapter 11 cases; (ii) designate the chapter 11 cases as complex cases; (iii) continue customer programs; (iv) pay prepetition employee wages and benefits; (v) pay critical vendors; (vi) continue insurance programs; (vii) maintain existing bank accounts and cash management systems; (viii) pay prepetition taxes; and obtain such other relief as may be necessary to preserve the going-concern value of the Companies' businesses and minimize disruption to the Companies' operations.

**NOW, THEREFORE, BE IT RESOLVED**, that the First Day Motions are hereby authorized and approved in all respects, subject to Bankruptcy Court approval; and

**BE IT FURTHER RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized and directed, on behalf of and in the name of each applicable Company, to prepare, execute, file, and prosecute the First Day Motions and any amendments, supplements, or modifications thereto, and to take all actions deemed necessary or appropriate in connection therewith.

F. **General Authorization and Ratification**

**NOW, THEREFORE, BE IT RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized and directed, on behalf of and in the name of each applicable Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver, and file any and all such instruments, agreements, documents, certificates, notices, and other papers, and to pay such fees, as they, in their discretion, may deem necessary, proper, advisable, or desirable in order to carry out the purpose and intent of any and all of the foregoing resolutions, including, without limitation, in connection with any and all filings with the Bankruptcy Court, the United States Trustee, or any other governmental or regulatory authority;

**BE IT FURTHER RESOLVED**, that any and all actions heretofore taken by the officers, directors, members, agents, attorneys, financial advisors, and other representatives of the Companies, in connection with or related to any of the matters set forth in or contemplated by the foregoing resolutions, are hereby in all respects approved, adopted, confirmed, and ratified as the acts and deeds of the applicable Company; and

**BE IT FURTHER RESOLVED**, that these resolutions may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and that facsimile, electronic, or PDF signatures shall be deemed original signatures for all purposes.

[*Signature pages to follow*]

# OMNIBUS CERTIFICATE

The undersigned, as the Acting Secretary of House Canary New Jersey, Inc., HouseCanary, Inc., ComeHome, Inc., HouseCanary (CT), Inc., and HouseCanary Certified Analytics, Inc., hereby certifies as follows:

> Attached hereto are a true, correct, and complete copy of the resolutions (the "**Resolutions**") duly adopted by the board of directors House Canary New Jersey, Inc., HouseCanary, Inc., ComeHome, Inc., HouseCanary (CT), Inc., and HouseCanary Certified Analytics, Inc., both for those companies and in HouseCanary, Inc.'s role as the sole member of HouseCanary R&D, LLC during a board meeting on September 21, 2026 (the "**Board Meeting**"), and such Resolutions have not been modified or rescinded in whole, in part, or in any respect and are in full force and effect.

IN WITNESS WHEREOF, the undersigned, in his capacity as Acting Secretary of House Canary New Jersey, Inc., HouseCanary, Inc., ComeHome, Inc., HouseCanary (CT), Inc., and HouseCanary Certified Analytics, Inc. at the Board Meeting has duly executed and caused this certificate to be delivered as of September 22, 2026.

/s/
Jeremy Sicklick
*Acting Secretary of House Canary New Jersey, Inc., HouseCanary, Inc., ComeHome, Inc., HouseCanary (CT), Inc., and HouseCanary Certified Analytics, Inc. at the Board Meeting*

# SCHEDULE I

**Company**: HouseCanary, Inc.

**Authorizing Body**: Board of Directors

**Company**: ComeHome, Inc.

**Authorizing Body**: Board of Directors

**Company**: House Canary New Jersey, Inc.

**Authorizing Body**: Board of Directors

**Company**: HouseCanary R&D, LLC

**Authorizing Body**: HouseCanary, Inc., as Sole Member

**Company**: HouseCanary (CT), Inc.

**Authorizing Body**: Board of Directors

**Company**: HouseCanary Certified Analytics, Inc.

**Authorizing Body**: Board of Directors